IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 JUL 21 PM 4:23
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| LEONARD TYRONE JENKINS, III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVEL CENTERS OF AMERICA, ) <br> ) <br> Defendant. ) | CASE NO. CV414-086 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21st day of July 2014.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA